[No. 2435-3. Division Three. June 29, 1978.]

DENNIS G. FREER, *Appellant*, v. WASHINGTON WATER
POWER COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 225397, George T. Shields, J., entered

May 23, 1977. *Affirmed* by unpublished opinion per Green, J., concurred in by Roe and Farris, JJ.